# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0498. SHARON BRANTLEY v. THE STATE.**

    Sharon Brantley has been charged with aggravated assault and aggravated assault on a peace officer. While out on bond, Brantley allegedly failed to complete two scheduled mental health evaluations. The trial court then issued a bench warrant for her arrest. Brantley filed a motion to quash the bench warrant, which the trial court denied. Brantley filed an application for discretionary appeal, seeking review of this order. We, however, lack jurisdiction.

    Because the case remains pending for trial, the order that Brantley seeks to appeal is interlocutory. Therefore, Brantley was required to use the interlocutory appeal procedures to appeal the denial of her motion to quash. See *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). Her failure to do so deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  08/07/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*